AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-20989-XXXX

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Neviouis a/k/a DJ Trichrome was received by me on *(date)* March 11th, 2026.

[X] I personally served the summons on the individual at *(place)* 1915 Heath Avenue, Madison, WI 53704 on *(date)* Thu, Mar 19 2026, 4:00 pm ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/20/2026

_____
*Server's signature*

Michael Jesse, Process Server
_____
*Printed name and title*

345 W Washington Ave Suite 203, Madison, WI 53703
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Mar 18, 2026, 5:10 pm CDT at Home: 1915 Heath Avenue, Madison, WI 53704 No answer. Name does appear on mailbox. Left a card on the door. The defendant called our office the following morning and made arrangements for service.

2) Successful Attempt: Mar 19, 2026, 4:00 pm CDT at Home: 1915 Heath Avenue, Madison, WI 53704 received by William Neviouis a/k/a DJ Trichrome. Age: 35-40; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'8"; Hair: Brown; Served.