FILED BY_____D.C.

APR 07 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Florida

-----------------------------------------------------

| | |
|---|---|
| JANE DOE (J.J.), | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 26-cv-20989-DPG |
| | ) |
| NCL (BAHAMAS) LTD., SITHMAN LTD. | ) |
| (BERMUDA), and WILLIAM NEVIOUS | ) |
| a/k/a DJ Trichrome, | ) |
| | ) |
| Defendant(s) | ) |

-----------------------------------------------------

### DEFENDANT'S ANSWER TO COMPLAINT

Defendant, William Nevious, proceeding pro se, hereby answers Plaintiff's Complaint as follows:

### I. RESPONSE(S) TO ALLEGATIONS

1. Defendant denies the allegations against him in Paragraph 17 of the Complaint.
2. Defendant denies the allegations against him in Paragraph 32 of the Complaint.
3. Defendant denies the allegations against him in Paragraph 33 of the Complaint.

### II. AFFIRMATIVE STATEMENT

Without assuming any burden not otherwise imposed by law, Defendant states:

Defendant denies the allegations of misconduct and any characterization of his actions as improper. Defendant expresses sincere distress and disbelief at the nature of the accusations, which are inconsistent with his conduct and the events as they occurred.

On the date in question, Defendant was a performer aboard a cruise and had previously

completed approximately eight cruises without any complaints or incidents of inappropriate behavior.

Plaintiff approached Defendant's table unprompted and interrupted his dinner. At that time, Plaintiff appeared noticeably intoxicated and inquired about a missing phone, indicating she had previously been seated in the area.

Before any service interaction occurred, Defendant located Plaintiff's phone on a windowsill behind a nearby chair and returned it to her.

After several days of social interaction among passengers in a friendly and communal environment, Defendant briefly attempted to express goodwill by initiating a hug. When Plaintiff did not reciprocate and stepped back, Defendant immediately respected that boundary, ceased any physical contact, and returned to his seat without further interaction.

At no time did Defendant intend any harm, offense, or inappropriate contact.

Following the incident, the matter was reported to ship personnel. Defendant fully cooperated, provided a statement to the captain, and was permitted to continue without restriction. No findings of wrongdoing were made against Defendant at that time.

Defendant respectfully maintains that the allegations are unfounded and mischaracterize a brief, non-threatening interaction.

### III. AFFIRMATIVE DEFENSES

First Defense – Lack of Intent
Defendant did not engage in any intentional misconduct.

Second Defense – Consent / Social Interaction Context
Any interaction was brief, non-threatening, and consistent with ordinary social conduct, and was immediately ceased when not reciprocated.

Third Defense – Good Faith Conduct
Defendant acted in good faith at all times and reasonably under the circumstances.

## IV. PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that:

A.   Plaintiff's Complaint be dismissed with prejudice;

B.   Judgment be entered in favor of Defendant;

C.   Defendant be awarded costs and any other relief the Court deems just and proper.

Dated: 4/6/26

Respectfully submitted,

_____

William Nevious
1915 Heath Ave.
Madison, WI 53704
763-229-3238
Trichrome23@gmail.com
Defendant, Pro Se

## CERTIFICATE OF SERVICE

I certify that on this ___ day of 4/6 ___, 2026, I served a copy of this Answer on Plaintiff (or Plaintiff's counsel) by:

[ ] U.S. Mail
[ ] Electronic Filing (CM/ECF)
[ ] Other: _____

_____

Wiilliam Nevious

