UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 26-cv-20989-DPG

JANE DOE (J.J.),

Plaintiff,

v.

NCL (BAHAMAS) LTD.,
SIXTHMAN LTD. (BERMUDA), and
WILLIAM NEVIOUS a/k/a DJ Trichrome,

Defendants.
_________________________________/

**NOTICE OF *PARTIAL* SETTLEMENT – ONLY AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS; DEFENDANT, NCL AND SIXTHMAN'S CROSS-CLAIM [ECF NO. 16] REMAINS PENDING**

The Plaintiff, JANE DOE (J.J.), by and through undersigned counsel, hereby notifies this Honorable Court of a *partial settlement* in this matter.

Specifically, all pending claims between Plaintiff and Defendants, NCL (BAHAMAS) LTD. ("NCL"), SIXTHMAN LTD. (BERMUDA) ("Sixthman"), and WILLIAM NEVIOUS a/k/a DJ Trichrome ("Nevious") have been settled.

However, NCL and Sixthman filed a Cross-Claim against Nevious [ECF No. 16], which *remains pending*.

Respectfully submitted,

By: */s/ Jacqueline Garcell Lewis*
**JACQUELINE GARCELL LEWIS**
Florida Bar No. 104358
jgarcell@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
2800 Ponce de Leon Blvd., Suite 1480

Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: *<u>/s/ Jacqueline Garcell Lewis</u>*
**JACQUELINE GARCELL LEWIS**

**SERVICE LIST**
***Doe (J.J.) v. NCL (Bahamas) Ltd., et al.***
**Case No. 26-cv-20989-DPG**

**Jacqueline Garcell Lewis, Esq.**
jgarcell@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
2800 Ponce De Leon Blvd, Suite 1480
Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiff*

**Brett M. Berman, Esq.**
bberman@ncl.com
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL 33126
Telephone: (305) 436-4653
Facsimile: (305) 468-2132
*Attorneys for Defendant*

William Nevious
1915 Heath Avenue
Madison, WI 53704
trichrome23@gmail.com
*Pro Se*