**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-20989-GAYLES**

JANE DOE (J.J).,

     **Plaintiff,**

v.

NCL (BAHAMAS) LTD.,
SIXTHMAN LTD. (BERMUDA), and
WILLIAM NEVIOUS,

     **Defendants**.

_____/

**<u>ORDER</u>**

**THIS CAUSE** comes before the Court on Cross-Plaintiff Sixthman Ltd.'s ("Sixthman")

Motion for Default Final Judgment against Cross-Defendant William Nevious a/k/a/ DJ Trichrome

("Nevious") as to Count I of the Crossclaim for Contractual Indemnity (the "Motion"). [ECF No.

27]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1.     On May 7, 2026, Sixthman filed its Crossclaims against Nevious, alleging claims for contractual indemnity (Count I), common law indemnity (Count II), contribution (Count III), and breach of contract (Count IV). [ECF No. 18].

2.     On May 8, 2026, Sixthman served Nevious with the Crossclaims. [ECF No. 22]. Nevious failed to timely answer or otherwise respond to Sixthman's Crossclaims.

3.     On July 14, 2026, on Plaintiff's motion, [ECF No. 23], the Clerk entered a default against Nevious. [ECF No. 25].

4.     On July 15, 2026, Plaintiff filed the instant Motion seeking a default Final Judgment as to Count I of the Crossclaims for contractual indemnity against Nevious. [ECF No. 27].

2

5.       As a result of Nevious' failure to respond to Sixthman's Crossclaims, the Court accepts as true Sixthman's crossclaim for contractual indemnity.

Accordingly, it is **ORDERED AND ADJUDGED** that Sixthman's Motion for Default Final Judgment, [ECF No. 27], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of July, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

2