**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-20989-GAYLES**

**JANE DOE (J.J).,**

    **Plaintiff,**

**v.**

**NCL (BAHAMAS) LTD.,**
**SIXTHMAN LTD. (BERMUDA), and**
**WILLIAM NEVIOUS,**

    **Defendants**.

_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** comes before the Court on Cross-Plaintiff Sixthman Ltd.'s ("Sixthman") Motion for Default Final Judgment against Cross-Defendant William Nevious a/k/a/ DJ Trichrome ("Nevious") as to Count I of the Crossclaim for Contractual Indemnity (the "Motion"). [ECF No. 27]. The Court granted the Motion in a separate Order. [ECF No. 28]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate default Final Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Sixthman and against Nevious.

2. Sixthman shall recover from Nevious the sum of **$40,000.00**.

3. This Final Judgment shall bear post-judgment interest accruing from the date of entry of this Judgment until paid in full.

4. Sixthman may recover its taxable costs upon timely filing a Bill of Costs in accordance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and applicable law.

5. The Court reserves jurisdiction to enforce this Final Judgment.

6.  The Court **ORDERS** execution to issue for this Final Default Judgment.

7.  This case shall remain **CLOSED**.

8.  All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of July, 2026.

_____

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

2